1

2

3

4

5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8    ARTHUR HANSON, individually,          No.

9              Plaintiff,                  SAFEWAY INC.'S NOTICE OF
                                           REMOVAL OF ACTION TO 28 U.S.C.§§
10        vs.                              1332, 1441 AND 1446

11   SAFEWAY INC.,                         [REMOVED FROM KING COUNTY
                                           SUPERIOR COURT CAUSE NO. 21-2-
12             Defendant.                  12765-3 SEA]

13

14   TO:      Clerk, U.S. District Court, Western District of Washington at Seattle;

15   AND TO:  Plaintiff's Counsel of Record.

16        Defendant Safeway Inc. hereby removes to this Court the state court action described below

17   on the grounds stated herein, and as supported by the Declaration of Kimberly A. Reppart and the

18   exhibits attached thereto.

19                      **I. INTRODUCTION & STATEMENT OF FACTS**

20        On September 30, 2021, Plaintiff served defendant Safeway Inc. with a lawsuit captioned

21   in King County Superior Court entitled Arthur Hanson v. Safeway Inc., Declaration of Kimberly

22   A. Reppart, Exs. 1 and 2.

23

SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION TO 28 U.S.C.§§ 1332,
1441 AND 1446 – 1
CAUSE NO.

3112289 / 824.0098

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1    This Notice of Removal is timely under 28 U.S.C. § 1446(b)(3) because it is being filed

2  "…within 30 days after receipt by the defendant, through service or otherwise, of a copy of an

3  amended pleading, motion order or other paper from which it may be first ascertained that the case

4  is one which is or has become removable." 28 U.S.C. § 1446(b)(3).  Plaintiff is claiming more than

5  $75,000 in damages, as confirmed by Plaintiff's Response to Request for Admission served on

6  November 16, 2021, as well as follow up telephone calls to and from plaintiff's counsel on

7  November 17, 2021 and November 22, 2021.  Reppart Decl., Ex. 4.

8    Plaintiff is a resident of the State of Washington.  Reppart Decl., Ex. 2.  Safeway Inc. is a

9  Delaware corporation with headquarters located in Pleasanton, California.  Reppart Decl., Ex. 3.

10                              **II. BASES FOR REMOVAL**

11    **A.    There is Complete Diversity of Citizenship under 28 USC § 1332.**

12    This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. §

13  1332(a)(1) and (a)(3), and this action is one that can be removed to this Court by Defendant

14  pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and

15  the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

16    The Plaintiff is a resident of Washington State.  Reppart Decl., Ex. 2.  Defendant Safeway

17  Inc. is a Delaware corporation with headquarters located in Pleasanton, California.  Reppart Decl.,

18  Ex. 3.  Removal of the Plaintiff's action to this Court is proper because there is complete diversity

19  of citizenship of the parties pursuant to 28 U.S.C. § 1332, and there was complete diversity at the

20  time Plaintiff's lawsuit was served.

21    **B.    The Amount in Controversy Exceeds the Jurisdictional Minimum.**

22    Plaintiff is claiming more than $75,000 in damages, as confirmed by Plaintiff's Response

23  to Request for Admission served on November 16, 2021, as well as follow up telephone calls to

SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 2
CAUSE NO.

3112289 / 824.0098

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE ● SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 ● (206) 689-8501 FAX

1  and from plaintiff's counsel on November 17, 2021 and November 22, 2021.  Reppart Decl., Ex.

2  4.  This information is sufficient to conclude that plaintiff seeks to recover in excess of $75,000 in

3  damages against Defendant.

4         **C.**       **This Notice of Removal is Timely Under 28 USC § 1446(b).**

5         This Notice of Removal is timely under 28 U.S.C. § 1446(b)(3) because it is being filed

6  "…within 30 days after receipt by the defendant, through service or otherwise, of a copy of an

7  amended pleading, motion order or other paper from which it may be first ascertained that the case

8  is one which is or has become removable."  28 U.S.C. § 1446(b)(3).

9         **D.**       **This Notice of Removal Complies with the Applicable Local Rules, and**

10                 **Venue Is Proper in the Western District of Washington under 28 U.S.C. § 128(b).**

11         This Notice of Removal complies with all applicable Federal Rules of Civil Procedure and

12  Local Rules.  Defendant has attached to the Declaration of Kimberly Reppart, filed in support of

13  this Notice, copies of all process, pleadings, and orders served upon it in the state court action, as

14  required by 28 U.S.C. § 1446.  Venue is proper in this District pursuant to 28 U.S.C. §§ 128(b)

15  and 1391, because this District encompasses King County, the county listed in the state court

16  complaint served on Defendant.  Defendant is serving Plaintiff with copies of this Notice of

17  Removal and the supporting Declaration of Kimberly Reppart (with exhibits).

18                 **III.**    **CONCLUSION**

19         Plaintiff's civil action, originally venued in King County Superior Court for the State of

20  Washington, may be removed pursuant to 28 U.S.C. 1441 and 1446 to the United States District

21  Court for the Western District of Washington at Seattle.

22  //

23  //

SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 3
CAUSE NO.

3112289 / 824.0098

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1     Dated this 7th day of December, 2021.

2               FORSBERG & UMLAUF, P.S.

3

4

               Kimberly A. Reppart, WSBA #30643
5               901 Fifth Avenue, Suite 1400
               Seattle, WA  98164
6               Tel: 206-689-8500
               Facsimile: 206-689-8501
7               Email: kreppart@foum.law
               Attorney for Defendant Safeway Inc.
8

9               FORSBERG & UMLAUF, P.S.

10

11

12              Alexandra E. Ormsby, WSBA #52677
               901 Fifth Avenue, Suite 1400
13              Seattle, WA  98164-2050
               Telephone: (206) 689-8500
14              Facsimile: (206) 689-8501
               Email: aormsby@foum.law
15              Attorneys for Defendant Safeway Inc.

16

17

18

19

20

21

22

23

SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION TO 28 U.S.C.§§ 1332, 1441 AND 1446 – 4
CAUSE NO.

3112289 / 824.0098

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX