UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR HANSON, individually, | No. |
| Plaintiff, | SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT |
| vs. | |
| SAFEWAY INC., | |
| Defendant. | |

### **RULE 7.1 DISCLOSURE STATEMENT**

Defendant Safeway Inc. is a wholly-owned subsidiary of Albertson's Holdings LLC, which is a wholly-owned subsidiary of AB Acquisition LLC. No publicly held corporation owns 10% or more of Safeway's stock.

//

//

//

//

//

//

SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT – 1
CAUSE NO.

3112175 / 824.0098

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated this 7th day of December, 2021.

    FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Tel: 206-689-8500
Facsimile: 206-689-8501
Email: kreppart@foum.law
Attorney for Defendant Safeway Inc.

FORSBERG & UMLAUF, P.S.

_____
Alexandra E. Ormsby, WSBA #52677
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2050
Telephone: (206) 689-8500
Facsimile: (206) 689-8501
Email: aormsby@foum.law
Attorneys for Defendant Safeway Inc.

SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT – 2
CAUSE NO.

3112175 / 824.0098

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX