UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR HANSON,

          Plaintiff,

    v.

SAFEWAY, INC.,

          Defendant.

Case No. C21-1641RSL

ORDER TO SHOW CAUSE

On December 15, 2021, the Court issued an order requiring the parties to file a Joint Status Report by January 12, 2022. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, February 4, 2022, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of December 15, 2021. The Clerk is directed to place this Order to Show Cause on the Court's calendar for February 4, 2022.

DATED this 19th day of January, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE